# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

| | |
|---|---|
| No. 14-5277 | September Term, 2014 |
| | 1:12-cv-01506-CRC |
| | Filed On: April 2, 2015 [1545556] |

James Daniel Fulbright,

    Appellant

  v.

John M. McHugh,

    Appellee

### O R D E R

Upon consideration of appellant's unopposed motion for extension of time to file response to the motion for summary affirmance, it is

**ORDERED** that the motion for extension of time be granted. The following deadline(s) are now established:

  Response to Motion                    April 15, 2015

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:  /s/
      Mark A. Butler
      Deputy Clerk