IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA

No. **14-5277**

James Daniel Fulbright,

Appellant,

v.

John M. McHugh,
Secretary,
United States Army,
Appellee.

## APPELLANT'S CONSENTED SEVENTH MOTION FOR LEAVE TO FILE A 21-DAY EXTENSION

Appellant, James Fulbright, by and through counsel, hereby submits this Motion for Leave to file a 21-day extension Counsel for Appellee has been contacted and Consents to this motion.

Due to the complexity of the issues being addressed, more time is necessary for Appellant's counsel to complete his brief. The current due date is in five (5) days, September 23, 2015. The new due date would be October 14, 2015. Granting relief for this Motion will prejudice no party. As a matter of justice, this motion should be granted.

WHEREFORE, Counsel for Appellant moves that this Honorable Court Grant his Motion.

Dated: September 15, 2015               Respectfully Submitted,

/s/ Michael D.J. Eisenberg
Michael D.J. Eisenberg
Attorney and Counselor at Law
Law Office of Michael D.J. Eisenberg
700 12th Street, NW, Suite 700
Washington, DC  20005
O:  (202) 558-6371
F:  (202) 403-3414
michael@eisenberg-lawoffice.com
Counsel for Appellant
James D. Fulbright

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that September 16, 2015, a copy of the foregoing has been served on all parties through the Court's Electronic Case Filing System ("ECF").

Respectfully Submitted,

/s/ Michael D.J. Eisenberg
Michael D.J. Eisenberg
Attorney and Counselor at Law
Law Office of Michael D.J. Eisenberg
700 12th Street, NW, Suite 700
Washington, DC  20005
O:  (202) 558-6371
F:  (202) 403-3414
michael@eisenberg-lawoffice.com